UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    v.

GEORGE GAMBOA,

              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

**06 CRIM 1112**

INDICTMENT

06 Cr.



JUDGE KARAS

COUNT ONE

The Grand Jury charges:

From in or about August 2004, up to and including in or about October 2006, in the Southern District of New York, GEORGE GAMBOA, the defendant, unlawfully, willfully, and knowingly, did embezzle, steal, purloin, and convert to his own use money and things of value of the United States and a department and agency thereof, to wit, the United States Department of Housing and Urban Development ("HUD"), and did receive, conceal, and retain the same with intent to convert it to his own use and gain, knowing it to have been embezzled, stolen, purloined and converted, the value of which exceeded $1,000, to wit, GAMBOA received approximately $20,835.00 in federal housing subsidies, to which he was not entitled, through fraud and deceit.

(Title 18, United States Code, Section 641.)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

---

**UNITED STATES OF AMERICA**

- v -

**GEORGE GAMBOA,**

Defendant.

---

**INDICTMENT**

06 Cr.

(Title 18, United States Code, Section 641.)

---

MICHAEL J. GARICA
United States Attorney.

**A TRUE BILL**

*/s/ Foreperson.*

*[handwritten notation:] 12/5/06 Ref. to Part II-1/87. The case is Ass'gnd to Judge Karas for all purposes. M.J. Peck*