UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**United States of America**

             -v-

**George Gamboa,**

                                **Defendant.**

Case No.
06 -CR-1112 (KMK)

AMENDED ORDER
SETTING SENTENCE DATE

KENNETH M. KARAS, District Judge:

            IT IS HEREBY ORDERED that the above-named defendant appear with counsel on Wednesday, October 3, 2007 at 10:00am in the United States District Court for the Southern District of New York, Courtroom 21 D for sentence.

            Defendant's pre-sentence memoranda is to be received in Chambers not later than 5pm on September 18. Government's reply, if any, is to be received in Chambers not later than 5pm on September 26.

Dated: August __13__, 2007
         New York, New York

                        KENNETH M. KARAS
                        UNITED STATES DISTRICT JUDGE

Any request for adjournment must be made in writing at least three business days prior to the scheduled appearance. Adjournments will be granted only upon consent of all parties and upon good cause shown.